424 F.2d 1366
 74 L.R.R.M. (BNA) 2560
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
ALLEGHENY BEVERAGE CORPORATION d/b/a Royal Crown Bottling
Co., Respondent.
 Nos. 28482, 28484.
 United States Court of Appeals, Fifth Circuit.
 May 27, 1970.
 
 No. 28482:
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., John F. LeBus, Director, N.L.R.B., New Orleans, La., Robert A. Giannasi, Atty., N.L.R.B., Washington, D.C., for petitioner.
 No. 28484:
 Marcel Mallet-Prevost, Asst. General Counsel, N.L.R.B., Washington, D.C., Charles M. Paschal, Jr., Atty., N.L.R.B., New Orleans, La., Robert A. Giannasi, Atty., N.L.R.B., Washington, D.C., for petitioner.
 David S. Klein, Malcolm R. Kitt, Baltimore, Md., Andrew C. Partee, Jr., C. Dale Stout, Kullman, Lang, Keenan, Inman & Bee, New Orleans, La., for respondent.
 Before BELL, COLEMAN, and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 
 1
 These cases were consolidated for hearing and decision. The 8(a)(1), (3) and (5) violations found by the Board are amply supported by the facts considered on the record as a whole. It not appearing from the record in this court that the matters involved are moot, that question should be addressed to the Board.
 
 
 2
 Enforced.